IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-11007
Conference Calendar
_____

STANLEY J. STEVENS,

                                        Plaintiff-Appellant,

versus

R. TUCKER, LT., Employees, TDCJ Dalhart Unit;
R.J. ALFORD, CAPT., Employees, TDCJ Dalhart Unit;
A. BEAMER, Employees, TDCJ Dalhart Unit,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:95-CV-165
- - - - - - - - - -
March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Stevens appeals the dismissal of his 42 U.S.C. § 1983 action as frivolous under 28 U.S.C. § 1915(d).  Stevens argues that the defendants were deliberately indifferent to his serious medical needs by disciplining him for refusing to work.

    We have reviewed the record, the district court's opinion, and appellant's brief and discern no reversible error.  Further, we hold that Stevens' appeal is frivolous, and accordingly, we

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

DISMISS it pursuant to 5th Cir. R. 42.2.  Stevens is hereby BARRED from filing any pro se, in forma pauperis, civil appeal in this court, or any pro se, in forma pauperis, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court; the clerk of this court and the clerks of all federal district courts in this Circuit are directed to return to Stevens, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTIONS IMPOSED.